UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,              :

       -against-                              :        NOTICE OF MOTION
                                                                                     18 Cr. 16 (RJS)

AKAYED ULLAH,                              :

              Defendant.                    :
------------------------------------------------------------x


       **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, undersigned will move this Court, before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at a date and time to be set by the Court, for an Order, dismissing Count Six of the indictment and granting such relief as this Court deems just and proper.

Dated:       New York, New York
                July 17, 2018

                                                          Respectfully submitted,
                                                          DAVID E. PATTON, Esq.
                                                          Federal Defenders of New York

                                      By:    /s/ Amy Gallicchio
                                                          Amy Gallicchio
                                                          Julia Gatto
                                                          Assistant Federal Defenders
                                                          Attorneys for Defendant
                                                            **Akayed Ullah**
                                                          52 Duane Street, 10th Floor
                                                          New York, New York 10007
                                                          Tel.: (212) 417-8700

To:    Geoffrey S. Berman, Esq.
        United States Attorney
        Southern District of New York
        One St. Andrew's Plaza
        New York, New York 10007

Attn.:  Shawn Crowley, Esq.
          George Turner, Esq.
          Rebekah Donaleski, Esq.
          Assistant United States Attorneys