UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

-v-

AKAYED ULLAH,

                Defendant.

18-cr-16 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that, no later than Friday, September 14, 2018, Defendant shall submit a letter brief, not to exceed ten pages, addressing the impact of the Second Circuit's September 10, 2018 decision in *United States v. Barrett*, 14-2641-cr, on his pending motion to dismiss Count Six of the indictment in this case.  (Doc. No. 20.)  IT IS FURTHER ORDERED that the government shall submit a responsive letter brief, not to exceed ten pages, no later than Wednesday, September 19, 2018.

SO ORDERED.

Dated:     September 10, 2018
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE