



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 10, 2018

By ECF and E-mail
The Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Akayed Ullah*, 18 Cr. 16 (RJS)

Dear Judge Sullivan:

    In connection with trial in this matter, which is scheduled to begin October 29, 2018, please find enclosed the parties' proposed (i) requests to charge; (ii) verdict form; and (iii) voir dire. The defendant's proposals, to which the Government objects, are reflected in track changes.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney
                Southern District of New York

By: _____/s/_____
                Shawn Crowley / Rebekah Donaleski / George Turner
                Assistant United States Attorneys
                (212) 637-1034 / 2423 / 2562

Cc: Defense Counsel (by ECF)