Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 26, 2018

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Akayed Ullah, 18 Cr. 16 (RJS)**

Dear Judge Sullivan:

In light of the recent events involving the delivery of pipe bombs through the mail in New York and other locations in the United States and the extensive media coverage of those events, we request that the Court ask the prospective jurors the following questions:

1. Some of you may have read or heard the recent news coverage about a series of pipe bombs delivered by mail in New York and other locations in the United States.
2. Those events have nothing to do with the allegations in this case.
3. Is there anything you have heard about the recent events that will affect your ability to be fair and impartial in this case?

The Government joins in this request.

Respectfully submitted,

/s/

Amy Gallicchio
Julia Gatto
Attorneys for Akayed Ullah
Tel: (212) 417-8700

cc: Shawn Crowley,
Rebekah Donaleski,
George Turner,
Assistant United States Attorneys