```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :    NOTICE OF MOTION

                      Appellee,     :    No. 18 Cr. 16 (RJS)

      -v.-                          :

AKAYED ULLAH,                       :

            Defendant-Appellant.    :
------------------------------------X
```

**PLEASE TAKE NOTICE** that defendant **AKAYED ULLAH**, by and through his counsel, will move this Court, before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse, One Foley Square, New York, New York, for **(1)** the entry of a judgment of acquittal on the indictment for insufficient evidence pursuant to Rule 29 of the Federal Rules of Criminal Procedure; and **(2)** such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
        December 6, 2018

                          Respectfully submitted,

                          FEDERAL DEFENDERS OF NEW YORK, INC.
                             APPEALS BUREAU

                    By:   _____/s/_____
                          **COLLEEN P. CASSIDY**
                          **AMY GALLICCHIO**
                          **JULIA L. GATTO**
                          Counsel for Defendant
                             **AKAYED ULLAH**
                          52 Duane Street, 10th Floor
                          New York, New York 10007
                          Tel. No.:  (212) 417-8742