**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 14, 2019

**VIA ECF**

Honorable Richard J. Sullivan
United States Circuit Judge
40 Foley Square
New York, New York 10007

    Re:   *United States v. Akayed Ullah*, 18 CR 16 (RJS)

Dear Judge Sullivan:

    We write to request an adjournment of the sentencing hearing currently scheduled for June 14, 2019. The Government has no objection to this request.

    This is the second request for an adjournment. On February 28, 2019, the Court granted Mr. Ullah's first request in order to complete the mitigation work necessary for sentencing. That work involves, in part, the evaluation of Mr. Ullah by several experts and specialists who will be preparing reports for the Court. Their work is ongoing and, collectively, will require another 60-90 days to complete. Therefore, we respectfully request an adjournment to a date in early September, 2019.

    Respectfully submitted,
    /s/ AMY GALLICCHIO
    Amy Gallicchio
    Julia Gatto
    Colleen P. Cassidy
    Assistant Federal Defenders

cc:    AUSAs Shawn Crowley/George Turner/Rebekah Donaleski