UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

AKAYED ULLAH,
            Defendant.

18-cr-16 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

Due to a scheduling conflict, IT IS HEREBY ORDERED THAT Defendant's February 19, 2020 sentencing shall be re-scheduled to February 24, 2020 at 10:30 a.m. in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:    January 3, 2020
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation