UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

AKAYED ULLAH,
                Defendant.

18-cr-16 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT Defendant's sentencing is adjourned to April 27, 2020 at 10:30 a.m. in Courtroom 23B of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007. IT IS FURTHER ORDERED THAT Defendant's sentencing submission shall be filed no later than April 13, 2020, and the government's sentencing submission shall be filed no later than April 20, 2020.

SO ORDERED.

Dated:     January 23, 2020
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation