**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 2, 2020

Honorable Richard J. Sullivan
United States Circuit Judge
40 Foley Square
New York, New York 10007

    Re:    *United States v. Akayed Ullah*, 18 CR 16 (RJS)

Dear Judge Sullivan:

    In light of the COVID-19 pandemic and its impact on judicial proceedings, I write, with the consent of the Government, to request an adjournment of the sentencing hearing in the above captioned matter, currently scheduled for April 27, 2020. The public health crisis and other recent security related situations at the MCC that resulted in an extended lock down of the facility, have nearly completely impeded our ability to meet with and/or communicate with Mr. Ullah to prepare for sentencing. As the Court is undoubtedly aware, on March 13, 2020, in response to the COVID-19 outbreak, the Bureau of Prisons ("BOP") suspended all legal and social visits for 30 days and, as of April 1, 2020, all BOP facilities are in a 14-day lockdown. It seems very likely that these dates will be further extended.

    Therefore, I respectfully request an adjournment of the sentencing hearing (and related submissions) to a date in June, 2020, that is convenient with the Court.

    Respectfully submitted,
    /s/ *AMY GALLICCHIO*
    Amy Gallicchio
    Julia Gatto
    Colleen P. Cassidy
    Assistant Federal Defenders

cc:    AUSAs Shawn Crowley/George Turner/Rebekah Donaleski