UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -v-

AKAYED ULLAH,
                        Defendant.

18-cr-16 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT Defendant's sentencing is adjourned to December 14, 2020 at 10:00 a.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  In light of the flexibility required to accommodate the logistics and planning of in-person proceedings during the pandemic, the Court will reserve (and the parties shall calendar) December 15, 2020 at 10:00 a.m. as an alternate date for sentencing. IT IS FURTHER ORDERED THAT Defendant's sentencing submission shall be filed no later than November 30, 2020, and the government's sentencing submission shall be filed no later than December 7, 2020.

SO ORDERED.

Dated:      August 10, 2020
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation