UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>AKAYED ULLAH,<br>　　　　　　　　　　Defendant. | 18-cr-16 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On consent of the parties, IT IS HEREBY ORDERED THAT Defendant's sentencing will take place on Thursday, April 8, 2021 at 10:00 a.m. at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  In light of the flexibility required to accommodate the planning of in-person proceedings during the pandemic, the Court will issue a separate order indicating the courtroom in which the sentencing will take place.  IT IS FURTHER ORDERED THAT Defendant's sentencing submission shall be filed no later than March 25, 2021, and the government's sentencing submission shall be filed no later than April 1, 2021.

SO ORDERED.

Dated:　　　January 11, 2021
　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation