UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

AKAYED ULLAH,
                Defendant.

18-cr-16 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT Defendant's sentencing will take place on Thursday, April 8, 2021 at 10:00 a.m. in Courtroom 15A at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  An overflow courtroom will be made available in Courtroom 9C.  Members of the public may monitor the proceedings via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

    Per the SDNY Covid-19 Courthouse Entry Program, all parties must complete a mandatory temperature screening and questionnaire upon entry into the Courthouse.  *See* United States District Court, Southern District of New York*, Response to COVID-19* (last visited March 30, 2021), https://nysd.uscourts.gov/covid-19-coronavirus.  Completing the questionnaire online and ahead of time will save time upon entry.  Only those individuals who meet the entry requirements included in the questionnaire will be permitted entry.  All parties, including members of the public and the press, are encouraged to review the relevant standing orders regarding entry into the Courthouse and remote access to judicial proceedings prior to the scheduled sentencing.  *See id*.

SO ORDERED.

Dated:    March 31, 2021
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation