**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 6, 2021

Honorable Richard J. Sullivan
United States Circuit Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Akayed Ullah*, 18 CR 16 (RJS)

Dear Judge Sullivan:

I write to request a two week adjournment of the sentencing hearing in the above captioned matter, currently scheduled for April 8, 2021. An adjournment is requested so that Mr. Ullah's mother, Delruba Begum, can attend the sentencing hearing.

Within the past week a member of Mrs. Begum's household, with whom she had "close contact," tested positive for COVID-19. Pursuant to the most recent guidelines for entry into the courthouse, Mrs. Begum will be denied entry unless she "achieved full vaccination within the past 90 days." See Fourth Amended Standing Order, 21-mc-00164-CM, April 1, 2021, ECF No. 4. According to the guidelines, "A person has achieved full vaccination two weeks after they have received the second dose in a two-dose series (Pfizer-BioNTech or Moderna), or two weeks after they have received a single-dose vaccine (Johnson and Johnson [J&J]/Janssen)." Id. Mrs. Begum received her second dose of a two-dose series on April 4, 2021 and, therefore, will not achieve full vaccination or allowed entry into the courthouse until, Monday, April 19, 2021.

Therefore, I respectfully request an adjournment of the sentencing hearing so that Mrs. Begum can be present in court to support her son at this most critical moment in his life.

The Government takes no position on this request for an adjournment.

Respectfully submitted,
/s/ *Amy Gallicchio*
Amy Gallicchio
Assistant Federal Defenders

cc: AUSAs George Turner and Rebekah Donaleski

Defense counsel's motion is granted. IT IS HEREBY ORDERED THAT Defendant Ullah's sentencing is adjourned to Thursday, April 22, 2021 at 10:00 a.m. in Courtroom 15A at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.
SO ORDERED.
Dated: April 6, 2021
New York, New York

Hon. Richard J. Sullivan
United States Circuit Judge
Sitting by Designation