UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

AKAYED ULLAH,

Defendant.

**Consent Order of Restitution**

Docket No. 18 Cr. 16 (RJS)

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Rebekah Donaleski and George D. Turner, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One through Six of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

AKAYED ULLAH, the defendant, shall pay restitution in the total amount of $7,380 pursuant to 18 U.S.C. § 3663; 18 U.S.C. § 3663A (MVRA); and 18 U.S.C. § 3664, to one of the victims of the offenses charged in Counts One through Six. The name, address, and specific amount owed to the victim are set forth in the Victim Schedule, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of the victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution shall be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). During the term of imprisonment, the Defendant shall remit restitution in conjunction with the Inmate Financial Responsibility Program, but in any event not less than $25 per quarter. Upon the Defendant's release from incarceration, restitution shall be paid in monthly installments of 15% of gross monthly income over a period of supervision to commence 30 days from release from custody, in a monthly amount of not less than $100. If the Defendant defaults on the payment schedule set forth above, the Government may pursue other remedies to enforce the judgment.

3. **Payment Instructions**

The Defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

4. **Additional Provisions**

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the Defendant discloses, or the Government otherwise

learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

**5.     Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

**6.     Sealing**

Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victim, the Victim Schedule, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed

by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: __/s/ Rebekah Donaleski_____     __April 14, 2021_____
Rebekah Donaleski                      DATE
George D. Turner
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637-2423

AKAYED ULLAH

By: /s/ Akayed Ullah by Amy Gallicchio, Esq.     April 14, 2021
AKAYED ULLAH                           DATE

By: __/s/ Amy Gallicchio_____     _April 14, 2021_
Amy Gallicchio, Esq.                   DATE
Counsel to Akayed Ullah


SO ORDERED:
_____    4/22/21
HONORABLE RICHARD J. SULLIVAN          DATE
UNITED STATES CIRCUIT JUDGE

4

## SCHEDULE A: VICTIM SCHEDULE

| Victim Name | Address | Amount of Loss/Restitution |
|---|---|---|
| ██████████ | ██████████ | $ $7,380 |
| Grand Total | | $ 7,380 |