# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2021

UNITED STATES OF AMERICA

- v -

Akayed Ullah,          Defendant.

Docket Number __18 Cr. 00016 (RJS)__

Honorable __Richard J. Sullivan__
(District Court Judge)

Notice is hereby given that __the defendant, Akayed Ullah__ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓] : order [ ] : other [ ] : _____ (specify)

entered in this action on __04/22/21__ (date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns:   conviction only [ ] :   sentence only [ ] :   conviction and sentence [✓]

Date: __April 23, 2021__

TO:
George D. Turner & Rebekah A. Donaleski, Esqs.
U.S. Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York NY 10007

__Barry Leiwant, Esq.__
(Counsel for Appellant)

Address: __Federal Defenders of New York, Inc.__

__52 Duane Street - 10th Flor__

__New York NY 10007__

Telephone Number __(212) 417-8700__

ADD ADDTIONAL PAGE IF NECESSARY

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ➤ **QUESTIONNAIRE** | ➤ **TRANSCRIPT ORDER** | ➤ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
| [ ] I am ordering a transcript<br>[✓] I am not ordering a transcript<br>Reason:<br>   [ ] Daily copy is available<br>   [ ] U.S. Attorney has placed order<br>   [ ] Other. Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings _____<br>[ ] Trial _____<br>[ ] Sentence _____<br>[ ] Post-trial proceedings _____ | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ➤ Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature: *Amy Gallicchio*     DATE: 04/23/21

➤ **COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL